# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

**V.**                 **CASE NO. 5:19-CR-50077-001**

**COLE COLEMAN**                                                         **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 101) of United States Magistrate Judge Christy Comstock, filed on June 28, 2023. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 101) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Compassionate Release (Doc. 97) is **DENIED**.

**IT IS SO ORDERED** on this 19th day of July, 2023.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE